**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-4516**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

DESHAWN EDWARD DERR,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:11-cr-00517-JCC-1)

_____

Submitted:  April 19, 2016          Decided:  April 26, 2016

_____

Before GREGORY, SHEDD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cary S. Greenberg, GREENBERGCOSTLE, PC, Tysons Corner, Virginia, for Appellant.  Dana J. Boente, United States Attorney, Marc J. Birnbaum, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deshawn Edward Derr appeals the district court's order denying his motion for reconsideration filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Derr, No. 1:11-cr-00517-JCC-1 (E.D. Va. filed Aug. 12, 2015; entered Aug. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED